USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

BUILDING SERVICE 32BJ HEALTH
FUND ET AL.,

      Plaintiffs,    17-cv-9388 (ALC)

  -against-        **ORDER**

GDI SERVICES INC.,

      Defendant.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 1, 2019, the parties filed a stipulation of final dismissal without prejudice. This stipulation is not in accordance with F.R.C.P. 41(a)(1)(A)(ii). The parties should indicate whether all Plaintiffs are voluntarily dismissing the action.

**SO ORDERED.**

**Dated:** February 6, 2020
    New York, New York

                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**